IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RACHEL CAVAZOS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv408 |
| | § | (Judge Clark/Judge Mazzant) |
| COMMERCIAL RECOVERY | § | |
| SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

### ORDER OF DISMISSAL

Before the court is plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) [Doc. #8].

It is **ORDERED** that the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) [Doc. #8] is accepted by the court. The court further **ORDERS** that plaintiff's claims and causes of action against defendant are **DISMISSED** with prejudice**.**

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on February __13__, 2013.

_____
Ron Clark
United States District Judge